IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN PATRICE GARDNER, | No. C-09-1325 MMC |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER; DIRECTIONS TO CLERK** |
| v. | |
| PEDIATRIX MEDICAL GROUP, | |
| Defendant. | |

On March 26, 2009, a Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title II & III was filed in the above-titled action. As the action is not one asserting such a denial of right of access, the above-referenced Scheduling Order is hereby VACATED, and the Clerk is hereby DIRECTED to issue a scheduling order appropriate for ADA cases not asserting denial of access.

**IT IS SO ORDERED.**

Dated: March 30, 2009

MAXINE M. CHESNEY
United States District Judge