DEVERIE CHRISTENSEN (SBN 243829)
ALISON CUBRE (SBN 257834)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
PEDIATRIX MEDICAL GROUP OF
CALIFORNIA, a Professional Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN PATRICE GARDNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PEDIATRIX MEDICAL GROUP and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. CV 09 1325 MMC<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING CASE MANAGEMENT AND ADR FILING DEADLINES, AND [PROPOSED] ORDER |

THE PARTIES, PLAINTIFF PRO SE DOREEN PATRICE GARDNER (Plaintiff") and DEFENDANT PEDIATRIX MEDICAL GROUP OF CALIFORNIA ("Defendant") (collectively "the Parties") STIPULATE to continue the hearing on Defendant's Motion for Summary Judgment from Jun 26, 2009, to July 24, 2009, at 9:00am in order to enable Plaintiff time to continue to seek counsel and to prepare responsive pleadings prior to the hearing.

THE PARTIES FURTHER STIPULATE to continue the Initial Case Management Conference from July 24, 2009, to August 21, 2009, at 10:30am, and corresponding case management and ADR filing deadlines, in order to allow the parties to first address the motion for summary judgment. The Court's ruling on the motion for summary judgment may affect, in whole or in part, the parties' preparation of the pre-conference case management and ADR filings,

1

including the joint discovery schedule, joint case management statement, initial disclosures, and stipulation to participate in alternative dispute resolution. In order to avoid the time and cost of preparing for the Initial Case Management Conference prior to the Court's hearing and resolution of the motion for summary judgment, the parties stipulate and request the Court also continue the Initial Case Management Conference and corresponding case management and ADR deadlines as follows, or to later dates available on the Court's calendar:

<u>July 24, 2009, at 9:00am</u>: Continued Motion for Summary Judgment Hearing, in Courtroom 7, 19th Floor

<u>August 21, 2009, at 10:30am</u>: Continued Initial Case Management Conference, in Courtroom 7, 19th Floor

<u>July 31, 2009</u>: Last Day to:

\*meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

\*file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)

\*file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov)

<u>August 14, 2009</u>: Last Day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov).

///

///

///

2

IT IS SO STIPULATED.

Date: June 23, 2009

DOREEN PATRICE GARDNER

By: *Doreen Patrice Gardner*
PLAINTIFF PRO SE

Date: June 23, 2009

JACKSON LEWIS LLP

By: *[signature]*
Deverie J. Christensen
Alison J. Cubre
Attorneys for Defendant
PEDIATRIX MEDICAL GROUP OF CALIFORNIA

## (PROPOSED) ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED., with the exception that the hearing is continued to August 7, 2009, in light of the Ninth Circuit Judicial Conference, and the Case Management Conference is continued to September 4, 2009, with all related deadlines continued accordingly.

Dated: June 24, 2009

*[signature]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND CORRESPONDING CASE MANAGEMENT AND ADR FILING DEADLINES, AND [PROPOSED] ORDER       CASE NO. CV 09 1325 MMC